PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2026

SEAN F. MCAVOY, CLERK
ECF No. 41

U.S.A. vs. Avalos, Isaias Docket No. 0980 1:25CR02097-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Isaias Avalos, who was placed under pretrial release supervision by the Honorable Chief U.S. District Judge Stanley A. Bastian sitting in the court at Yakima, Washington, on the 17th day of December 2025, under the following conditions:

**Standard Condition #1**: Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: On or about May 7, 2026, the defendant was arrested for Driving While Licence Suspended, in violation of Revised Code of Washington 46.20.342.1A. Mr. Avalos is scheduled to appear for a pretrial conference in Sunnyside Municipal Court on December 15, 2026, docket number 6A0271219.

**Violation #2**: On or about May 7, 2026, the defendant was arrested for Operating a Vehicle Without An Ignition Interlock, in violation of Revised Code of Washington 46.20.740. Mr. Avalos is scheduled to appear for a pretrial conference in Sunnyside Municipal Court on December 15, 2026, docket number 6A0271219.

According to traffic citation number 6A0271219, on or about May 7, 2026, a Sunnyside police officer observed a white sedan traveling westbound on East Lincoln Avenue. As the white sedan was passing his patrol vehicle, the officer observed the rear license plate lights were not operable making the license plate not visible at all. The officer initiated a traffic stop. The driver did not have a driver’s license and disclosed himself as Isaias Avalos. A Department of License check revealed that Mr. Avalos' driving status was suspended in the first degree. It was also revealed that Mr. Avalos required an ignition interlock device which he did not have. Mr. Avalos was arrested and booked into the Sunnyside Jail.

**Violation #3**: On or about May 30, 2026, the defendant was arrested for Obstructing a Law Enforcement Officer, in violation of Revised Code of Washington 9A.76.020. Mr. Avalos is scheduled to appear for a pretrial conference in Yakima County District Court on October 14, 2026, docket number 6A0268742.

According to incident number 26V2126, on or about May 30, 2026, a Grandview police officer observed a vehicle and ran the license plate. The vehicle then parked at a residence. While running the vehicle’s license plates, the officer observed the subject who exited the drivers seat to be Isaias Avalos, who had local involvements with the vehicle and driver’s license was suspended. The officer observed Mr. Avalos standing outside the door of the residence looking at his patrol vehicle. The officer then pulled forward to the residence and activated his red and blue emergency lights indicating that Mr. Avalos was detained and he turned and walked into the residence. While the officer waited for a search warrant, Mr. Avalos exited the home and was arrested.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 28, 2026

by s/Arturo Santana

Arturo Santana
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Alexander C. Ekstrom

09/28/2026

Date